## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

CHERYL BESSER, individually and on behalf of all others similarly situated,

        Plaintiff,

v.

AFFINITY GROUP CREDIT UNION,

        Defendant.

Case No. 2:13-cv-14205-BAF-DRG

### ORDER OF DISMISSAL

This court having been advised by the parties that they stipulate to the dismissal of the above action.

Accordingly, the above-entitled action is dismissed with prejudice and without costs. However, the court expressly reserves jurisdiction/authority to enforce any conditions or terms of the settlement for a period of 60 days.

        s/ Bernard A. Friedman_____
        Bernard A. Friedman
        United States District Judge

Dated: April \_16, 2014

I hereby certify that a copy of the foregoing document was served upon counsel of record by electronic and/or ordinary mail.

        Carol L. Mullins_____
        Case Manager